UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NUZMEYA ELDER,<br>             Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION<br>SERVICES, LLC; EXPERIAN<br>INFORMATION SOLUTIONS,<br>INC.; and TRANS UNION, LLC,<br>             Defendants.<br>_____/ | Case No.: 21-11753<br><br>Victoria A. Roberts<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

## **ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND (ECF No. 45)**

Plaintiff Nuzmeya Elder moved to compel non-party American Express National Bank to comply with a Rule 45 subpoena *duces tecum*. (ECF No. 42). Both parties stipulated to extend American Express's time to respond to the motion to April 27, 2022. (ECF No. 44). On April 26th, American Express moved to extend that deadline to May 4, 2022. (ECF No. 45).

A motion to extend made before the time to act has expired will be granted on a showing of good cause. Fed. R. Civ. P. 6(b)(1)(A).

In support of the motion, American Express states its counsel underwent unexpected surgery on April 21, 2022, and as a result needs additional time to prepare a supporting affidavit for the response, among other things. Further, counsel's primary contact at American Express abruptly needed to be out of the

office beginning on April 8, 2022, and remains out for health reasons, but is expected back later this week. (ECF No. 45, PageID.521).

The Court finds American Express has established good cause for the extension and there is no obvious prejudice to the Plaintiff. The motion is **GRANTED**.[1] American Express must file its response brief on or before May 4, 2022.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d).

Date: April 27, 2022

s/Curtis Ivy, Jr.
Curtis Ivy, Jr.
United States Magistrate Judge

---

[1] Plaintiff's time to respond to this motion has yet to pass. The Court issues this Order now without waiting for a response because the new requested deadline is fast-approaching and there is no obvious prejudice to Plaintiff in granting the extension.